**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Shelton Lamont MAXWELL,**
**Defendant–Appellant.**

**No. 01–7835.**

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 20, 2001.

Decided Jan. 9, 2002.

Shelton Lamont Maxwell, Appellant Pro Se. Gretchen C.F. Shappert, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

Shelton Lamont Maxwell appeals from the district court's order denying his Fed. R.Crim.P. 35 motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Maxwell,* No. CR–94–6–V (W.D.N.C. Oct. 16, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*